IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                NO. 03-20445-MaP

THOMAS JOHNSON,

    Defendant.

---

ORDER GRANTING MOTION TO RESET SENTENCING AND
EXTENDING TIME FOR FILING POSITION PAPER
AND PRE-SENTENCING MOTIONS

---

Before the court is defendant's June 30, 2005, unopposed motion to continue the sentencing hearing which is presently set on July 11, 2005, and to extend the time for filing position papers and pre-sentencing motions. For good cause shown, the motion is granted. The deadline for filing defendant's position paper and any motions related to sentencing is extended to July 22, 2005. Sentencing is **reset** to **Wednesday, August 17, 2005, at 9:30 a.m.**

It is so ORDERED this 11th day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:03-CR-20445 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Gregory Krog
LAW OFFICE OF GREG KROG, JR.
840 Valleybrook Drive
Memphis, TN 38120

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT